AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Brad R Johnson, | ) | No. 4:21-cv-00815-JD |
| Plaintiff(s), | ) | |
| vs | ) | |
| PennyMac Loan Services LLC; Standard Guaranty Insurance Company; Assurant Inc, | ) | |
| Defendant(s). | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: This case is dismissed with prejudice pursuant to the doctrine of *res judicata*.

This action was *(check one)*:
❏ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❏ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge, who adopts the Report and Recommendation of United States Magistrate Judge Thomas E. Rogers, III.

Robin L. Blume
CLERK OF COURT

By: s/L. Gibbons, Deputy Clerk

September 23, 2024