UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

|  |  |
|---|---|
| BRAD R. JOHNSON,<br>Plaintiff, | FILE NO. 4:21-cv-00815-JD |
| v. |  |
| PENNYMAC LOAN SERVICES, LLC,<br>Defendant, |  |
| STANDARD GUARANTY<br>INSURANCE COMPANY,<br>Defendant, |  |
| ASSURANT, INC.<br>Defendant. |  |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Brad R. Johnson, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order (Doc 102)/Judgment (Doc 103) entered in this action on the 23rd day of September, 2024.

Dated: June 5, 2025

*Brad R. Johnson*
BRAD R. JOHNSON, Plaintiff
Pro Se

Brad R. Johnson, Ph.D., J.D.
8669 Laurel Woods Drive
Myrtle Beach, SC  29588
(843) 661-1427
(815) 325-5918 (cell)
Bjohnson@fmarion.edu

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, the foregoing was filed with the Clerk of Court using the CM/ECF system who will provide notices of the filing to the defendants who are registered participants in the above captioned case.

*Brad R. Johnson*
_____
BRAD R. JOHNSON, Plaintiff, Pro Se

Brad R. Johnson, Ph.D., J.D.
8669 Laurel Woods Drive
Myrtle Beach, SC  29588
(843) 661-1427
(815) 325-5918 (cell)
bjohnson@fmarion.edu